IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES L TATE JR,

    Petitioner,

v.                                                          CASE NO. 4:12-cv-652-RH-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.
_____/

**O R D E R**

This case is before the Court on Doc. 1, a petition for a writ of habeas corpus. Petitioner is incarcerated at Jefferson Correctional Institution and challenges his conviction in Martin County, Florida. Jurisdiction is therefore appropriate in either this district or in the United States District Court for the Southern District of Florida, as the districts of confinement and conviction, respectively. 28 U.S.C. § 2241(d). The district of conviction would appear to be the most convenient for witnesses should an evidentiary hearing be necessary, and therefore, transfer of this case to the Southern District is appropriate. *See Mitchell v. Henderson*, 432 F.2d 435, 436 (5th Cir. 1970); *Parker v. Singletary*, 974 F.2d 1562, 1582, n. 118 (11th Cir. 1992).

Accordingly, it is **ORDERED:**

That this case is hereby **TRANSFERRED** to the Southern District of Florida for all further proceedings.

**DONE AND ORDERED** this 28th day of December 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge